## STATE OF CONNECTICUT *v.* ROBERT NORTHROP

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 525 (AC 25184), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Todd A. Bussert,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided January 24, 2006

## CORNELIUS HARGROVE *v.* COMMISSIONER OF CORRECTION

The petitioner Cornelius Hargrove's petition for certification for appeal from the Appellate Court, 92 Conn. App. 322 (AC 25231), is denied.

*Matthew J. Collins,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided January 24, 2006